James Patrick RYAN

v.

Harry C. TINSLEY, Warden of the Colorado State Penitentiary.

No. 6162.

United States Court of Appeals Tenth Circuit.

Sept. 18, 1959.

Appeal from the United States District Court for the District of Colorado.

John W. Patterson, Asst. Atty. Gen. of Colorado, for appellee.

Before BRATTON, PICKETT and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on the grounds stated in the trial court's opinion, 182 F.Supp. 130.

IDA GOLDBLATT SONS, INC., Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 254, Docket 25758.

United States Court of Appeals Second Circuit.

Argued March 31, 1960.

Decided March 31, 1960.

Julius Kuschner, New York City (Philip A. Brenner and Higgins, Brenner & Higgins, New York City, on the brief), for appellant.

James McKinley Rose, Jr., Asst. U. S. Atty., Southern District of New York, New York City (S. Hazard Gillespie, Jr., U. S. Atty., Southern District of New York, New York City, on the brief), for appellee.

Before LUMBARD, Chief Judge, BARNES, Circuit Judge, and SMITH, District Judge.

PER CURIAM.

We affirm in open court Judge Cashin's order of May 15, 1959, modifying it to require production of the records on or before April 7, 1960. The mandate will issue forthwith.

CORTLEY FABRICS COMPANY, Inc., Plaintiff-Appellant,

v.

AETNA CASUALTY & SURETY COMPANY, Defendant-Appellee.

No. 289, Docket 26040.

United States Court of Appeals Second Circuit.

Argued April 12, 1960.

Decided April 12, 1960.

Max J. Gwertzman, New York City, for plaintiff-appellant.

McCarthy & McGrath, Herman J. McCarthy, New York City, for defendant-appellee.

Before SWAN, CLARK and FRIENDLY, Circuit Judges.

PER CURIAM.

Affirmed in open court.